UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
XIAORAN LI,

Civil Action No.:

Plaintiff,

-against-

**NOTICE OF APPEARANCE**

KPOP STAR HAIR, INC., K-POP NAILS, INC., d/b/a COCO NAILS ART, INC., XIN LI and JOHN STEVEN JARAMILLO GARZON,

Defendants.
---------------------------------------------------------------X

To: The Clerk of court and all parties of record

PLEASE TAKE NOTICE, that the undersigned attorney, duly authorized to practice within the Eastern District of New York, hereby enters his appearances as counsel for the Plaintiff in the above-captioned matter.

Dated: Flushing, New York
March 6, 2020

Heiferman & Associates, PLLC

/s/ Carter R. Qi

Carter R. Qi, Esq.
Attorneys for Plaintiff
136-20 38th Avenue, Suite 10E
Flushing, New York 11354
T: (718) 888-9545
F: (718) 690-3865
Carter@Heifermanlaw.com