UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

XIAORAN LI,
*Individually and on behalf of others similarly situated,*

Plaintiffs,

-against-

KPOP STAR HAIR, INC., K-POP NAILS, INC., d/b/a COCO NAILS ART, INC., XIN LI and JOHN STEVEN JARAMILLO GARZON,

Defendants.

----------------------------------------------------------------X

Civil Action No.:

**NOTICE OF APPEARANCE**

To: The Clerk of Court and all parties of record:

PLEASE TAKE NOTICE, that the undersigned attorney, duly authorized to practice within the Eastern District of New York, hereby enters his appearances as counsel for the Plaintiffs in the above-captioned matter.

Dated: Flushing, New York
March 6, 2020

Heiferman & Associates, PLLC

/s/ Justin L. Heiferman

Justin L. Heiferman, Esq.
Attorneys for Plaintiff
136-20 38th Avenue, Suite 10E
Flushing, New York 11354
T: (718) 888-9545
F: (718) 690-3865
Justin@Heifermanlaw.com
Attorneys For Plaintiff